IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:11-CV-176-FDW-DSC

MARK J. RYCHEL,

    Plaintiff,

-vs-                                        ORDER

LANE YATES and MICHAEL QUICKEL, JR.,

    Defendants.

**THIS MATTER** is before the Court on Plaintiff's "Application for Special Admission Without Affiliation of Local Counsel" (document #57) filed April 21, 2011. Having conferred with the chambers of the Honorable Frank D. Whitney, the District Judge to whom this case is assigned, the Motion is <u>denied</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

    **SO ORDERED**.

Signed: April 22, 2011

David S. Cayer
United States Magistrate Judge