UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00176-FDW-DSC

| | |
|---|---|
| MARK J. RYCHEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| LANE YATES and MICHAEL QUICKEL, ) | |
| JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Reopen the Case and to Vacate the Joint Stipulation for Dismissal (Doc. No. 88). For the reasons set forth in the motion and the memorandum accompanying the motion (Doc. No. 89), it is GRANTED. The Joint Stipulation of Dismissal is VACATED as against Lane Yates and the clerk shall reopen this case for purposes of allowing Plaintiff to file the Motion to Enforce Settlement and Confession of Judgment executed by Defendant Lane Yates.

IT IS SO ORDERED.

Signed: February 27, 2013

Frank D. Whitney
United States District Judge